PS 42
(8/96 ND/FL)

# United States District Court

## Northern District of Florida

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **Brandon Earl Evans** | ) | Case No. 3:05cr116-008 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Brandon Earl Evans, have discussed with Karen King, U.S. Probation Officer, modification of my release as follows:

Add special condition as follows:

"The defendant shall participate in substance abuse and/or mental health counseling as deemed necessary by Pretrial Services."

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12/16/05   _Karen King_  12/16/05
Signature of Defendant    Date      U.S. Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  12/15/05
Signature of Defense Counsel    Date

_____  12/12/05
Signature of Assistant U.S. Attorney    Date

RECEIVED 2005 DEC 16 PM

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 DEC 20 PM 1:04

FILED

[✓] The above modification of conditions of release is ordered, to be effective on 12/20/05

[ ] The above modification of conditions of release is not ordered.

_____   12/20/05
Signature of Judicial Officer          Date